FILED: July 6, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-1687
(1:10-cv-00629-JFM)
_____

HILDA L. SOLIS, Secretary of Labor United States Department of Labor

    Petitioner - Appellee

v.

THE FOOD EMPLOYERS LABOR RELATIONS ASSOCIATION AND UNITED FOOD AND COMMERCIAL WORKERS PENSION FUND; THE FOOD EMPLOYERS LABOR RELATIONS ASSOCIATION AND UNITED FOOD AND COMMERCIAL WORKERS HEALTH AND WELFARE FUND

    Respondents - Appellants

_____

M A N D A T E
_____

The judgment of this court, entered 5/4/2011, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*